UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ABSOLUTE ACTIVIST VALUE
MASTER FUND LIMITED, ABSOLUTE
EAST WEST FUND LIMITED,
ABSOLUTE EAST WEST MASTER
FUND LIMITED, ABSOLUTE
EUROPEAN CATALYST FUND
LIMITED, ABSOLUTE GERMANY
FUND LIMITED, ABSOLUTE INDIA
FUND LIMITED, ABSOLUTE OCTANE
FUND LIMITED, ABSOLUTE OCTANT
MASTER FUND LIMITED and
ABSOLUTE RETURN EUROPE FUND
FIMITED,

    Plaintiffs,

v.                                               Case No: 2:16-cv-16-FtM-99CM

SUSAN ELAINE DEVINE,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court upon *sua sponte* review of the docket sheet. On December 11, 2015, Isabella Devine and Conrad Homm filed a miscellaneous case in the United States District Court for the Northern District of California, San Francisco Division, seeking a protective order and to quash two (2) subpoenas *duces tecum* served on Collins & Associates by the Plaintiffs in the underlying case *Absolute Activist Value*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*Mater Fund Limited et. al. v. Susan Devine*, 2:15-cv-328-JES-MRM. On January 8, 2016, the case was transferred to this Court by the Northern District of California, however, the case was erroneously opened as a civil case by the Clerk's Office in this District. Therefore, the case is due to be closed and reopened as a miscellaneous case.

Accordingly, it is now

**ORDERED:**

The Clerk of the Court is directed to **CLOSE** the instant action and **REOPEN** it as a miscellaneous case.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record